IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS BELL, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:14cv1104-MHT |
| UNITED STATES OF AMERICA, | ) | (WO) |
| | ) | |
|     Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (doc. no. 32) is adopted.

(2) The petition for writ of habeas corpus (doc. nos. 1, 11 & 25) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 18th day of April, 2017.

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**